Karen Uno (SB #117410)
kuno@bhc.law
Julie E. Hayashida (SB # 260278)
jhayashida@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Attorneys for Plaintiffs
NATIONWIDE MUTUAL INSURANCE
COMPANY and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. dba EXPRESS EMPLOYMENT PROFESSIONALS AND NANET JACOBS,<br><br>Defendants. | Case No.  1:21-cv-0944-NONE-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>(Doc. 16) |

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608

T:  510-658-3600
F:  510-658-1151

-1-
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of the respective parties listed below, that the time within which defendants ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY ("Defendants") may answer, move, or otherwise plead in response to Plaintiffs' Complaint filed June 16, 2021, shall be extended through and including August 30, 2021. Defendants' deadline to answer was July 13, 2021.  However, Defendants' counsel had a conflict of interest and was unable to appear on Defendants' behalf, either via responsive pleading or stipulation.  Defendants retained new counsel on August 3, 2021, and new counsel immediately requested an extension of time to respond.  This is the parties' first extension of time in this case.

Dated:  August 6, 2021        BHC LAW GROUP LLP

By:    */s/ Julie E. Hayashida*
       KAREN L. UNO
       JULIE E. HAYASHIDA
       Attorneys for Plaintiffs
       NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY

Dated:  August 6, 2021        SINNOTT, PUEBLA, CAMPAGNE & CURET APLC

By:    */s/ Robert A. Sanders*
       ROBERT A. SANDERS
       Attorneys for Defendants
       ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600

-2-
(Doc. 16)

**ORDER**

Pursuant to the parties' above stipulation (Doc. 16), and for good cause shown, IT IS HEREBY ORDERED that the deadline for Defendants Zurich American Insurance Company and American Guarantee & Liability Insurance Company to file a responsive pleading is extended to August 30, 2021.

IT IS SO ORDERED.

Dated:   **August 9, 2021**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

**BHC LAW GROUP** LLP
―――
5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600