Karen Uno (SB #117410)
kuno@bhc.law
Julie E. Hayashida (SB # 260278)
jhayashida@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Attorneys for Plaintiffs
NATIONWIDE MUTUAL INSURANCE
COMPANY and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. dba EXPRESS EMPLOYMENT PROFESSIONALS and NANET JACOBS, <br><br> Defendants. | Case No.  1:21-cv-0944-NONE-SKO <br><br> **STIPULATION AND ORDER TO BE BOUND BY JUDGMENT ENTERED IN DECLARATORY RELIEF ACTION AS TO DEFENDANT MOTOR PARTS DISTRIBUTORS, INC.** <br><br> (Doc. 17) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Nationwide Mutual Insurance Company and AMCO Insurance Company and Defendant Motor Parts Distributors, Inc. as follows:

1. Plaintiffs, the liability insurers of defendant Motorparts Distributors, Inc., initiated this declaratory relief action against defendants Zurich American Insurance Company and American Guarantee & Liability Insurance Company, the liability insurers for defendant Express Services, Inc., to determine the rights and

-1-

BHC LAW GROUP LLP
5900 Hollis Street
Suite O
Emeryville, CA 94608
T: 510-658-3600
F: 510-658-1151

obligations of the insurers to defend and indemnify Motor Parts Distributors, Inc., Express Services, Inc., Turlock Business Services, Inc. and Nanet Jacobs for an automobile personal injury lawsuit and related cross complaints pending in Stanislaus Superior Court.

2. Defendant Motor Parts Distributors, Inc. agrees to be bound by any judgment, order, or other ruling entered in the above-entitled declaratory relief action and agrees that any final judgment or determination shall be conclusive as to the issues raised in Plaintiffs' Complaint or in any subsequent action raising these issues.

3. Plaintiffs agree to dismiss Defendant Motor Parts Distributors, Inc. from this action without prejudice, in exchange for a waiver of costs and attorneys' fees.

Dated: August 9, 2021                    BHC LAW GROUP LLP

By: */s/ Julie E. Hayashida*
Karen L. Uno
Julie E. Hayashida
Attorneys for Plaintiffs
NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY

Dated: August 9, 2021                    BERLINER COHEN LLP

By: */s/ Benjamin Johnson*
Benjamin Johnson
Attorneys for Defendant Motor Parts Distributors, Inc.

**ORDER**

IT IS HEREBY ORDERED that the above "Stipulation to Be Bound by Judgment Entered in Declaratory Relief Action as to Defendant Motor Parts Distributors, Inc." (the "Stipulation") (Doc. 17) between Plaintiffs Nationwide Mutual Insurance Company and AMCO Insurance Company and Defendant Motor Parts Distributors, Inc. is approved.  Pursuant to the Stipulation, Plaintiffs have voluntarily dismissed Defendant Motor Parts Distributors, Inc. without prejudice, and this case has automatically terminated as to that defendant.  Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Motor Parts Distributors, Inc.  This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **August 12, 2021**                    /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE

**BHC LAW GROUP** LLP
────────
5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600