Karen Uno (SB #117410)
kuno@bhc.law
Julie E. Hayashida (SB # 260278)
jhayashida@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Attorneys for Plaintiffs and Counter-Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; AND EXPRESS SERVICES, INC.<br><br>Defendants.<br><br>ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Counter-Claimants,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY,<br><br>Counter-Defendants. | Case No.:  1:21-cv-0944-NONE-SKO<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY TO RESPOND TO COUNTER-CLAIM**<br><br>(Doc. 36) |

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608

T:  510-658-3600
F:  510-658-1151

-1-
SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND COUNTER-
DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY
TO RESPOND TO COUNTER-CLAIM

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of the respective parties listed below, that the time within which Plaintiffs and Counter-Defendants NATIONWIDE MUTUAL INSURANCE CMPANY and AMCO INSURANCE COMPANY may answer, move, or otherwise plead in response to ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY'S Counter-Claim filed August 30, 2021, shall be extended through and including October 19, 2021. Plaintiffs and Counter-Defendants deadline to answer is presently October 11, 2021. This is the parties' second extension of time to respond to this Counter-Claim.

Dated: October 6, 2021    BHC LAW GROUP LLP

By:    */s/ Julie E. Hayashida*
     KAREN L. UNO
     JULIE E. HAYASHIDA
     Attorneys for Plaintiffs and Counter-Defendants
     NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY

Dated: October 6, 2021    SINNOTT, PUEBLA, CAMPAGNE & CURET APLC

By:    */s/ Robert A. Sanders*
     ROBERT A. SANDERS
     Attorneys for Defendants and Counter-Claimants
     ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE INSURANCE COMPANY

**BHC LAW GROUP** LLP
―――
5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600

# **ORDER**

Pursuant to the parties' above stipulation (Doc. 36), and for good cause shown, IT IS HEREBY ORDERED that the deadline for Plaintiffs and Counter-Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY to respond to ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY's Counter-Claim shall be extended through and including October 19, 2021.

IT IS SO ORDERED.

Dated:   **October 8, 2021**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600