**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. dba EXPRESS EMPLOYMENT PROFESSIONALS AND NANET JACOBS,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 1:21-cv-0944-JLT-SKO<br>*[Assigned to the Hon. Jennifer L. Thurston, Ctrm. 4]*<br><br>~~(PROPOSED)~~ **ORDER APPROVING STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Stipulation]<br><br>**Complaint Filed: 06/16/2021**<br>**Trial Date:       None** |

*22305.2*

1

**~~(PROPOSED)~~ ORDER APPROVING STIPULATION TO WITHDRAW MOTION TO DISMISS AND FOR PLAINTIFFS TO AMEND COMPLAINT**

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax    (626) 243-1111

The Court APPROVES the stipulation between Defendants Express Services, Inc., Turlock Business Services, Inc. and Nanet Jacobs (collectively, "Express Defendants"); Defendants/Counter Claimants/Third Party Zurich American Insurance Company and American Guarantee & Liability Insurance Company (collectively, "Zurich"); and Plaintiffs/Counter Defendants Nationwide Mutual Insurance Company and AMCO Insurance Company and Third Party Defendant Motor Parts Distributors, Inc. (collectively, "Nationwide") regarding the Express Defendants' motion to dismiss and Nationwide's ability to amend its complaint.

**IT IS HEREBY ORDERED:**

1. The Express Defendants' motion to dismiss, Dkt. 23, is withdrawn, and the Express Defendants shall not be required to file any other response or pleading to Nationwide's initial complaint, Dkt. 1.
2. Nationwide shall have 30 days to file an amended complaint.
3. Defendants shall have 30 days from service of Nationwide's amended complaint to file their respective responses.

IT IS SO ORDERED.

Dated:   **October 28, 2022**

UNITED STATES DISTRICT JUDGE

22305.2

2

**(PROPOSED) ORDER APPROVING STIPULATION TO WITHDRAW MOTION TO DISMISS AND FOR PLAINTIFFS TO AMEND COMPLAINT**

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax    (626) 243-1111