Karen Uno (SB #117410)
kuno@bhc.law
Julie E. Hayashida (SB # 260278)
jhayashida@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Joshua D. Bordin-Wosk, (SBN 241077)
jbordinwosk@bordinsemmer.com
Andrei V. Serpik, (SBN 301260)
aserpik@bordinsemmer.com
Bordin Semmer LLP
6100 Center Drive, Suite 1100
Los Angeles, CA 90045-9213
Telephone: (323) 457-2110
Facsimile (323) 457-2120

Attorneys for Plaintiffs and Counter-Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY<br><br>Defendants.<br>_____<br>ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Counter-Claimants,<br>vs. | Case No.:  1:21-cv-0944-JLT-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS NATIONWIDE INSURANCE COMPANY AND AMCO INSURANCE COMPANY TO RESPOND TO COUNTER-CLAIM**<br><br>(Doc. 60) |

-1-
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS
NATIONWIDE INSURANCE COMPANY AND AMCO INSURANCE COMPANY TO RESPOND TO
COUNTER-CLAIM

| | |
|---|---|
| 1 | |
| 2 | NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY, |
| 3 | |
| 4 | Counter-Defendants. |

**BHC LAW GROUP** LLP

———

5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600

-2-
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS NATIONWIDE INSURANCE COMPANY AND AMCO INSURANCE COMPANY TO RESPOND TO COUNTER-CLAIM

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of the respective parties listed below, that the time within which Plaintiffs and Counter-Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY may answer, move, or otherwise plead in response to ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY'S Counter-Claim filed December 30, 2022, shall be extended through and including February 17, 2023.  Plaintiffs and Counter-Defendants deadline to respond is presently January 20, 2023.  This is the parties' first extension of time to respond to this Counter-Claim.

Dated:  January 18, 2023         BHC LAW GROUP LLP

By:   */s/ Julie E. Hayashida*
KAREN L. UNO
JULIE E. HAYASHIDA
Attorneys for Plaintiffs and Counter-Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY

Dated:  January 18, 2023         BORDIN SEMMER LLP

By:   */s/ Joshua D. Borwin-Wosk*
JOSHUA D. BORWIN-WOSK
ANDREI V. SERPIK
Attorneys for Plaintiffs and Counter-Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY

**BHC LAW GROUP** LLP
_____
5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600

-3-
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS NATIONWIDE INSURANCE COMPANY AND AMCO INSURANCE COMPANY TO RESPOND TO COUNTER-CLAIM

Dated:  January 18, 2023                              SINNOTT, PUEBLA, CAMPAGNE & CURET APLC


By:  */s/ Blaise S. Curet*
    BLAISE S. CURET
    RAY TAMADDON
    Attorneys for Defendants and
    Counter-Claimants
    ZURICH AMERICAN INSURANCE
    COMPANY and AMERICAN GUARANTEE
    INSURANCE COMPANY

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 60), and for good cause shown, IT IS HEREBY ORDERED that the deadline for Plaintiffs and Counter-Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY to respond to ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY's Counter-Claim shall be extended through and including February 17, 2023.

IT IS SO ORDERED.

Dated:  **January 19, 2023**                              */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600