SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
515 SOUTH FIGUEROA STREET, SUITE 1470
LOS ANGELES, CALIFORNIA 90071-3331
TEL (213) 996-4200 • FAX (213) 892-8322

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. DBA EXPRESS EMPLOYMENT PROFESSIONALS AND NANET JACOBS,<br><br>        Defendants. | Case No. 1:21-cv-00944-JLT-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE AS TO THIRD PARTY ACTION**<br><br>**(Doc. 64)** |
| ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>        Counter-Claimants,<br><br>    vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY,<br><br>        Counter-Defendants. | |

On February 23, 2023, the parties filed a joint stipulation dismissing the third-party complaint without prejudice. (Doc. 64; *see* Doc. 29.) In light of the parties' stipulation, the third-party action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close the case between the third parties, and the case otherwise remains OPEN.

IT IS SO ORDERED.

Dated:   **February 24, 2023**          */s/ Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE