SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
A Professional Corporation
  Ray Tamaddon, #144494
  rtamaddon@spcclaw.com
515 South Figueroa Street, Suite 1470
Los Angeles, California 90071-3331
Tel: (213) 996-4200, Fax: (213) 892-8322

  Blaise S. Curet, #124983
  bcuret@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, CA 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendants ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. DBA EXPRESS EMPLOYMENT PROFESSIONALS AND NANET JACOBS, <br><br> Defendants. | Case No. 1:21-cv-00944-JLT-SKO <br><br> **STIPULATION AND ORDER FOR USE OF DISCOVERY IN THE LAVERONE LAWSUIT** <br><br> **(Doc. 69)** <br><br> Complaint Filed: 6/16/21 <br><br> DISCOVERY CUTOFF: 08/28/23 <br> MOTION CUTOFF: 01/31/24 <br> TRIAL DATE: 06/11/24 |
| ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, <br><br> Counter-Claimants, <br><br> vs. | |

NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY,

   Counter-Defendants.

Plaintiffs and counterclaim defendants Nationwide Mutual Insurance Company and AMCO Insurance Company (collectively, "Plaintiffs") and defendants and counterclaimants Zurich American Insurance Company and American Guarantee and Liability Insurance Company ("collectively, "Defendants") (Plaintiffs and Defendants hereinafter collectively, "Parties" and individually "Party"), by and through their respective counsel of record, stipulate as follows:

## RECITALS

WHEREAS, this insurance coverage action arises from an underlying personal injury lawsuit in Stanislaus County Superior Court styled *Edward R. Laverone v. Express Services, Inc. dba Express Employment Professionals et. al.*, case no. CV-19-002704. (the "Laverone Lawsuit");

WHEREAS, the Laverone Lawsuit was dismissed pursuant to a settlement agreement among the parties and their insurers;

WHEREAS, during the pendency of the Laverone Lawsuit, the parties thereto conducted various discovery, including written discovery, third-party discovery and multiple depositions (collectively, "Laverone Discovery");

**IT IS HEREBY STIPULATED** as follows:

1. The Laverone Discovery may be used for motions and at trial by the Parties hereto in the instant insurance coverage action as if taken in this coverage action subject to all applicable Federal Rules of Evidence;

2. The Parties reserve their right to object to the admissibility of the Laverone Discovery on all grounds based on the Federal Rules of Evidence, except that the Parties waive any objection on the sole ground that the Laverone Discovery was not conducted in

1 the instant case;

2     3.    Except as set forth specifically herein, nothing in this stipulation prevents the Parties from conducting additional discovery pursuant to the existing Scheduling Order;

4     4.    Nothing in this stipulation prevents the Parties from presenting live testimony at trial, including the testimony of witnesses whose depositions were taken in the Laverone Lawsuit;

7     5.    The Parties hereto agree to forego taking the depositions of the third parties that were previously taken in the Laverone Lawsuit; and

9     6.    The Parties hereto agree to continue the PMK depositions of the insurer parties to agreeable dates in September 2023 if the parties cannot agree to forego them completely.

**IT IS SO STIPULATED.**

DATED: August 15, 2023    SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By:    */s/ Ray Tamaddon*
BLAISE S. CURET
RAY TAMADDON
Attorneys for Defendants ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

DATED: August 15, 2023    BHC LAW GROUP LLP

By:    */s/ Karen Uno*
KAREN L. UNO
JULIE E. HAYASHIDA
Attorneys for Plaintiffs and Counter-Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY and Third-Party Defendant MOTOR PARTS DISTRIBUTORS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: **August 16, 2023**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE