1  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   A Professional Corporation
2        Ray Tamaddon, #144494
         rtamaddon@spcclaw.com
3  515 South Figueroa Street, Suite 1470
   Los Angeles, California 90071-3331
4  Tel: (213) 996-4200, Fax: (213) 892-8322

5        Blaise S. Curet, #124983
         bcuret@spcclaw.com
6  2000 Powell Street, Suite 830
   Emeryville, CA 94608
7  Tel: (415) 352-6200; Fax: (415) 352-6224

8  Attorneys for Defendants ZURICH
   AMERICAN INSURANCE COMPANY and
9  AMERICAN GUARANTEE AND
   LIABILITY INSURANCE COMPANY

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

| 14 | NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY, | Case No. 1:21-cv-00944-JLT-SKO |
|---|---|---|

14  NATIONWIDE MUTUAL INSURANCE
    COMPANY AND AMCO INSURANCE
15  COMPANY,

                                          Case No. 1:21-cv-00944-JLT-SKO

16              Plaintiffs,                **STIPULATION AND ORDER**
                                          **EXTENDING DISCOVERY CUT-OFF**
17         vs.                            **BY ONE WEEK FOR RESPONSE TO**
                                          **INTERROGATORIES**
18  ZURICH AMERICAN INSURANCE
    COMPANY; AMERICAN GUARANTEE         **(Doc. 71)**
19  & LIABILITY INSURANCE
    COMPANY; MOTOR PARTS                Complaint Filed:        6/16/21
20  DISTRIBUTORS, INC.; EXPRESS
    SERVICES, INC.; TURLOCK BUSINESS    DISCOVERY CUTOFF:   08/28/23
21  SERVICES, INC. DBA EXPRESS          MOTION CUTOFF:      01/31/24
    EMPLOYMENT PROFESSIONALS            TRIAL DATE:         06/11/24
22  AND NANET JACOBS,

23              Defendants.

24  ZURICH AMERICAN INSURANCE
    COMPANY AND AMERICAN
25  GUARANTEE & LIABILITY
    INSURANCE COMPANY,

26
                Counter-Claimants,
27
           vs.
28

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF BY ONE WEEK

1  NATIONWIDE MUTUAL INSURANCE
   COMPANY AND AMCO INSURANCE
2  COMPANY,

3          Counter-Defendants.

4

5

6          Plaintiffs and counterclaim defendants Nationwide Mutual Insurance Company and

7  AMCO Insurance Company (collectively, "Plaintiffs") and defendants and counterclaimants

8  Zurich American Insurance Company and American Guarantee and Liability Insurance

9  Company ("collectively, "Defendants") (Plaintiffs and Defendants hereinafter collectively,

10 "Parties" and individually "Party"), by and through their respective counsel of record,

11 stipulate as follows:

12                                    **RECITALS**

13         WHEREAS, Defendants have agreed to respond to four additional interrogatories to

14 be propounded by Plaintiffs. The Parties have already agreed to the scope and wording of

15 the four additional interrogatories ("Additional Interrogatories");

16         WHEREAS, the purpose of the Additional Interrogatories is to explore the possibility

17 of avoiding the need (and the associated time and expense) for PMK depositions;

18         WHEREAS, the Parties wish to extend the discovery cut-off by one week to

19 September 5, 2023 with respect to the Defendants' responses to the four interrogatories.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
515 SOUTH FIGUEROA STREET, SUITE 1470
LOS ANGELES, CALIFORNIA 90071-3331
TEL (213) 996-4200 • FAX (213) 892-8322

2

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF BY ONE WEEK

1    **IT IS HEREBY STIPULATED** as follows:

2       1.    Defendants shall have until September 5, 2023 to respond to the Additional

3  Interrogatories.

4  **IT IS SO STIPULATED.**

5
6  DATED:  August 18, 2023

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

7

8                                          By:    _____*/s/ Ray Tamaddon*_____

9                                          BLAISE S. CURET
                                           RAY TAMADDON
10                                         Attorneys for Defendants ZURICH
                                           AMERICAN INSURANCE COMPANY and
11                                         AMERICAN GUARANTEE AND
                                           LIABILITY INSURANCE COMPANY
12

13
   DATED:  August 18, 2023               BHC LAW GROUP LLP
14

15

16                                         By:    _____*/s/ Karen Uno*_____

17                                         KAREN L. UNO
                                           JULIE E. HAYASHIDA
18                                         Attorneys for Plaintiffs and Counter-
                                           Defendants NATIONWIDE MUTUAL
19                                         INSURANCE COMPANY and AMCO
                                           INSURANCE COMPANY and Third-Party
20                                         Defendant MOTOR PARTS
                                           DISTRIBUTORS, INC.
21

22

23

24

25

26

27

28

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**
515 SOUTH FIGUEROA STREET, SUITE 1470
LOS ANGELES, CALIFORNIA 90071-3331
TEL (213) 996-4200 • FAX (213) 892-8322

3
STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF BY ONE WEEK

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 71), and for good cause shown, the Court hereby ORDERS that Defendants shall have until September 5, 2023, to respond to the Additional Interrogatories.  The other deadlines set forth in the Court's Scheduling Order (Doc. 58) remain set.


IT IS SO ORDERED.

Dated:   __**August 22, 2023**__                       ___/s/ *Sheila K. Oberto*_____

                                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF BY ONE WEEK