Karen Uno (SB #117410)
kuno@bhc.law
Julie E. Hayashida (SB # 260278)
jhayashida@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Joshua D. Bordin-Wosk, (SBN 241077)
jbordinwosk@bordinsemmer.com
Andrei V. Serpik, (SBN 301260)
aserpik@bordinsemmer.com
Bordin Semmer LLP
6100 Center Drive, Suite 1100
Los Angeles, CA 90045-9213
Telephone: (323) 457-2110
Facsimile (323) 457-2120

Attorneys for Plaintiffs and Counter-Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. dba EXPRESS EMPLOYMENT PROFESSIONALS AND NANET JACOBS,<br><br>Defendants. | Case No.: 1:21-cv-0944-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR MODIFIED BRIEFING SCHEDULE ON REPLY BRIEFS FOR PLAINTIFF NATIONWIDE'S MOTION FOR SUMMARY ADJUDICATION AND DEFENDANTS ZURICH AND AMERICAN GUARANTEE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 14, 2023 (vacated)<br><br>HON. TROY L. NUNLEY |

| | |
|---|---|
| 1 | ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & |
| 2 | LIABILITY INSURANCE COMPANY, |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE |
| 6 | COMPANY, |
| 7 | Plaintiffs and Counter-Defendants |

Plaintiff Nationwide Mutual Insurance Company and Defendants Zurich American Insurance Company and American Guarantee & Liability Company have stipulated and asked the Court to order that the time for filing and service of the respective parties' reply briefs in support of their motions for summary adjudication (Nationwide) and summary judgment (Zurich and American Guarantee) be extended. The Court finds that good cause exists for this request and orders that Nationwide file and serve its reply in support of its motion for summary adjudication by **December 1, 2023** and that Zurich and American Guarantee file their reply in support of their motion for summary judgment by **December 4, 2023.**

IT IS SO ORDRED.

Dated: November 20, 2023

_____
Troy L. Nunley
United States District Judge

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA
94608
510-658-3600