Karen Uno (SB #117410)
kuno@bhc.law
Julie E. Hayashida (SB # 260278)
jhayashida@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Joshua D. Bordin-Wosk, (SBN 241077)
jbordinwosk@bordinsemmer.com
Andrei V. Serpik, (SBN 301260)
aserpik@bordinsemmer.com
Bordin Semmer LLP
6100 Center Drive, Suite 1100
Los Angeles, CA 90045-9213
Telephone: (323) 457-2110
Facsimile (323) 457-2120

Attorneys for Plaintiffs and Counter-Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; MOTOR PARTS DISTRIBUTORS, INC.; EXPRESS SERVICES, INC.; TURLOCK BUSINESS SERVICES, INC. dba EXPRESS EMPLOYMENT PROFESSIONALS AND NANET JACOBS,<br><br>Defendants. | Case No.:  1:21-cv-0944-TLN-KJN<br><br>**ORDER RE: PLAINTIFFS NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY'S EX PARTE APPLICATION, OR IN THE ALTERNATIVE, MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO FILE AND HEAR DISPOSITIVE MOTIONS**<br><br>Courtroom:    2, 15th Floor<br><br>THE HONORABLE TROY L. NUNLEY<br><br>Trial Date:    None |

ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,

          Counter-Claimants,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY,

          Plaintiffs and
          Counter-Defendants

Pursuant to the Local Rules of the United States District Court – Eastern District of California, Rule 144 (c) addressing Initial Ex Parte Extensions, or in the alternative, Rule 233 addressing Motions for Administrative Relief, the Court grants Plaintiffs Nationwide Mutual Insurance Company and AMCO Insurance Company (hereafter collectively "Nationwide" or "Plaintiffs" ) request to extend the time for filing and hearing of dispositive motions from the current deadlines of January 12, 2024 for filing and February 20, 2024 for hearing to:

- **For filing:** 45 days from the date the Court issues its order on the Plaintiffs motion for summary adjudication [Dkt.81] **and** Defendants Zurich American Insurance Company and American Guarantee & Liability Insurance Company's (hereafter collectively "Zurich" or "Defendants") motion for summary judgment [Dkt. 82] and for hearing: 45 days thereafter.

IT IS SO ORDRED.

Dated: December 15, 2023

_____
Troy L. Nunley
United States District Judge

**BHC LAW GROUP** LLP
―――
5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600